At this Federal Court, held in and
for the Eastern District of New York
State at the courthouse located at 100
Carleton Avenue, Central Islip, New York
on the _____ day of _____,2023

PRESENT:

HON. _____

J.D.C.
----------------------------------------X
ERIC SPRONZ,

Plaintiff

**ORDER TO SHOW CAUSE**

-against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE
STEVEN BELLONE, in his official capacity only.
SUFFOLK COUNTY POLICE COMMISSIONER RODNEY K.
HARRISON, in his official capacity only, SUFFOLK
COUNTY COMMANDING OFFICER OF THE PISTOL LICENSING
BUREAU LIEUTENANT MICHAEL KOMOROWSKI, in his
official capacity only, SUFFOLK COUNTY POLICE
OFFICER KEVIN WUSTENHOFF, in his individual and
official capacity, SUFFOLK COUNTY POLICE
OFFICER/PISTOL LICENSING BUREAU POLICE OFFICER
DANIEL JUGAN, in his individual and official
capacity, JOHN AND JANE DOE NO. 1-10, in their
official and in their individual capacity.

Defendant(s).
----------------------------------------X

**PLEASE TAKE NOTICE**, that upon the pleadings seeking

damages pursuant to 42 U.S.C. 1983 and the filing of the annexed

affirmation of **RICHARD W. YOUNG, Esq**. affirmed the ___ day of

May, 2023, and upon the affidavit of plaintiff, ERIC SPRONZ,

dated April 19, 2023 and upon all pleadings herein,

**LET** the respondents show cause before this court at the

courthouse located at 100 Federal Plaza, Central Islip, New York

on the _____ day of June, 2023 at 9:30 o'clock in the forenoon of

that day, or as soon as counsel can be heard, why an order should

not be granted for the following:

1.   Issuing an order to the Suffolk County Police
     Department reinstating the pistol license of the
     plaintiff ERIC SPRONZ;

2.   Issuing an order that the Suffolk County Police
     Department Pistol License Section be ordered to return
     to the plaintiff all his firearms seized by the Suffolk
     County Police Department; and further

3.   Issuing an order that the defendant SUFFOLK COUNTY and
     the SUFFOLK COUNTY POLICE DEPARTMENT turn over all
     written policies regarding suspension of pistol
     licenses, all documents related to this case including
     notes, memoranda, text messages, e-mails, interoffice
     instant messages, letters, investigative notes in
     **"native format:** ; and further relief as to this court
     may seem just and proper.

     ORDERED, that service of a copy of this ORDER TO SHOW

CAUSE, together with a copy of the papers upon which it is based,

upon the defendants at their respective business addresses by

personal service or before the _____ day of _____, 2023, and

it is further

     ORDERED, that service of a copy of this ORDER TO SHOW

CAUSE upon the Suffolk County Attorney's Office at the H. Lee

Dennison Building, 100 Veterans Memorial Highway, Hauppauge, New

York 11788, on or before the _____ day of _____, 2023,

shall be deemed good and sufficient service thereof.

                         ENTER:


                         _____
                              J.D.C.