

LEX SCRIPTA
LEX TRADITA

**LAW OFFICES OF
CORY H. MORRIS**
ATTORNEY &
COUNSELOR AT LAW

*Via Electronic Case Filing Only*

August 24, 2023

Hon. Joan M. Azrack, USDJ
United States District Court
Eastern District of New York
Long Island Courthouse, Room 920
100 Federal Plaza
Central Islip, NY 11722

 re Order to Show Cause – Failure to Return Firearms/License
   Case:      Eric Spronz vs. Suffolk County et al.
   <u>Docket No:</u>    23-cv-3689 (JMA)(SIL)

Dear Judge Azrack:

Contrary to the Suffolk County Attorney [D.E. 10], my client Eric Spronz immediately contacted the Suffolk County Police Department upon being notified by this office that his firearms and his license were being returned to him. The firearms were not and are not being returned to Plaintiff Eric Spronz.

As you can see from Plaintiff's verified statement, it was made perfectly clear to Plaintiff Eric Spronz that he must go through further investigations and paperwork while Defendants have no idea if and when his property will be returned. Therefore, we respectfully request an immediate hearing or an Order on this issue.

Thank you very much for your consideration.

              Respectfully submitted,
              THE LAW OFFICE OF CORY H. MORRIS

              Cory H. Morris

To:  *by Electronic Case Filing Only*

   Arlene Zwilling, Esq.
   Suffolk County Attorney

Please send all mail to:   863 Islip Avenue, Central Islip, New York 11722
TEL: 631.450.2515 | FAX: 631.223.7377 | WEB: coryhmorris.com | EMAIL: info@coryhmorris.com
515 East Las Olas Boulevard, Suite 120 • Fort Lauderdale, FL 33301   *By appointment only*