```
EASTERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT
------------------------------------------------X
ERIC SPRONZ,
                              Plaintiff
                                                     Docket No.
                                                     23-cv-3689(JMA)(SIL)
         - against -

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE
STEVEN BELLONE, in his official capacity only.
SUFFOLK COUNTY POLICE COMMISSIONER RODNEY K.
HARRISON, in his official capacity only, SUFFOLK
COUNTY COMMANDING OFFICER OF THE PISTOL LICENSING
BUREAU LIEUTENANT MICHAEL KOMOROWSKI, in his
official capacity only, SUFFOLK COUNTY POLICE
OFFICER KEVIN WOSTENHOFF, in his individual and
official capacity, SUFFOLK COUNTY POLICE
OFFICER/PISTOL LICENSING BUREAU POLICE OFFICER
DANIEL JUGAN, in his individual and official
capacity, JOHN AND JANE DOE NO. 1-10, in their
official and in their individual capacity.

                              Defendants.
------------------------------------------------X
```

**VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I, **ERIC SPRONZ** declare as follows:

1. I am the Plaintiff in the above action.

2. Upon being advised by my attorneys that Suffolk County, through counsel Arlene Zwilling, that I could receive the return of my firearms, I immediatrely contacted the Suffolk County Police Department as they had not contacted me.

3. On August 23, 2023, at 11:52AM, after numerous attempts, I was finally able to get a Defendants' representative.

4. After speaking to Defendants' representative, she then yelled over to a Suffolk County Police Officer that I was on the phone and I heard him state "what the hell does he want from me."

5. Defendants' representative then stated to me that no one is available for the return of my firearms and/or firearms license.

6. Approximately two (2) hours later on August 23, 2023, an Suffolk County Police Department Officer "Hines" called me back.

7. At 13:51, Officer Hines explained to me I need to get the "paper work" into the office and then wait for an appointment to get my guns back.

8. I was told by Officer Hines that "There is a whole stack of people who got the paperwork in and I don't care that there is a court order and it happens all the time."

9. I attempted to explain to Officer Hines that there is a pending Order to Show Cause and my phone call was prompted by a letter from the Suffolk County Attorney's Office that stated I can obtain both my firearms license and firearms back.

10. I told Officer Hines that my phone call is part of a law suit and he can look up the filing that was made on the Public Access to Court Electronic Records docket.

11. I further informed Officer Hines that there is a return order for me to obtain my firearms and firearms license as per the Suffolk County Attorney's Office to which he responded that he does not care and that they, the Suffolk County Police Department, have to further investigate.

12. This entire situation has created a great financial hardship for me as I cannot deliver controlled substances to homebound patients in many communities without the ability to protect myself.

13. I have no other remedy available at law.

14. Contrary to the representations of the Defendants, represented by Suffolk County Attorney Arlene Zwilling, I am unable to retrieve my firearms or my firearms license.

15. There is no date nor have I been able to confirm what date I can expect the return of my firearms or my firearms license.

16. I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct except to matters stated to be known upon information and belief.

Suffolk, New York
August **24th**, 2023

_____
ERIC SPRONZ