
**DENNIS M. BROWN**
**ACTING COUNTY ATTORNEY**

**DEPARTMENT OF LAW**

August 30, 2023

Hon. Joan M. Azrack, U.S.D.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Spronz v. County of Suffolk, et al.*, CV23-3689 (JMA) (SIL)

Dear Judge Azrack:

The Suffolk County Attorney's Office represents defendants in this action pursuant to 42 U.S.C. S 1983 brought by plaintiff Eric Spronz. Defendants submit this letter in response to the Verification submitted by plaintiff (docket entry no. 11-1).

As stated in my letter to the Court dated August 22, 2023, plaintiff's firearms were made available for him to pick up from the Police Department's Property Unit by appointment. Inexplicably, as is clear from his Verification, plaintiff went to the Property Unit without making an appointment and demanded his weapons. Further, as also stated in the Verification, he informed the Property Unit that there is a "return order" for him to obtain his firearms. There is no such Order.

Notwithstanding, plaintiff's firearms remain available for pickup. He simply needs to make an appointment like all others who wish to pick up items from the Property Unit. His pistol license has been mailed back to him.

Respectfully submitted,

Dennis M. Brown
Acting Suffolk County Attorney

By: */s/ Arlene S. Zwilling*
    Arlene S. Zwilling
    Assistant County Attorney

**LOCATION**
**H. LEE DENNISON BLDG.**
**100 VETERANS MEMORIAL HIGHWAY**   ◆

**MAILING ADDRESS**
**P.O. BOX 6100**
**HAUPPAUGE, NY 11788-0099**   ◆

(631) 853-4049
**TELECOPIER (631) 853-5169**