| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>          U.S. MAGISTRATE JUDGE | DATE: 10/11/2023<br>TIME: 10:15 am |

CASE: CV 23-3689(JMA) Spronz v. County of Suffolk et al

TYPE OF CONFERENCE: INITIAL          FTR: 10:23-10:28

APPEARANCES:
   For Plaintiff:  Corey Morris and Richard Young

   For Defendant: Arlene Zwilling

### THE FOLLOWING RULINGS WERE MADE:

☐ Scheduling Order entered.

☒ The court has adopted and So Ordered the joint proposed scheduling order [16] submitted by the parties.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒ Other: Scheduling conference held. Plaintiff's motion brought by order to show cause, DE [2], is withdrawn. The parties proposed scheduling order, DE [16-1], is So Ordered.

### COURT APPEARANCES:

The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    2/13/24 at 1:30 pm    : Status conference

    5/14/24 at 1:30 pm    : Pretrial conference. A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

                        SO ORDERED

                        /s/Steven I. Locke
                        STEVEN I. LOCKE
                        United States Magistrate Judge