```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
ERIC SPRONZ,
                    Plaintiff,
                                            SCHEDULING ORDER

            -against-                       2:23-CV-03689
                                            (JMA)(SIL)
            -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE
STEVEN BELLONE, in his official capacity only.
SUFFOLK COUNTY POLICE COMMISSIONER RODNEY K.
HARRISON, in his official capacity only, SUFFOLK
COUNTY COMMANDING OFFICER OF THE PISTOL LICENSING
BUREAU LIEUTENANT MICHAEL KOMOROWSKI, in his
official capacity only, SUFFOLK COUNTY POLICE
OFFICER KEVIN WUSTENHOFF, in his individual and
official capacity, SUFFOLK COUNTY POLICE
OFFICER/PISTOL LICENSING BUREAU POLICE OFFICER
DANIEL JUGAN, in his individual and official
capacity, JOHN AND JANE DOE NO. 1-10, in their
official and in their individual capacity.

                    Defendants.
-----------------------------------------X
```

DEADLINES & COURT APPEARANCES

10/04/23 - Exchange of Rule 26(a)(1) disclosures

11/10/23 - Service of first interrogatories and document demands

12/31/23 - Response to first set of interrogatories

02/29/23 - Motions to join new parties or amend pleadings

**TBD By Court** - Status conference in Courtroom 820

02/15/24 - Completion of Depositions

01/29/24 - Identification of case-in-chief experts and service of Rule 26 Disclosures

02/15/24 - Identification of rebuttal experts and service of Rule 26 Disclosures

04/05/24 - Commencement of summary judgement motion practice

**TBD By Court** - Pre-trial conference in Courtroom 820

DATED: Central Islip, New York
October 10, 2023

_____
Richard W. Young, Sr., Esq.
RWY(7633)
Attorney for Plaintiff(s)
863 Islip Avenue
Central Islip, NY 11722
(631) 224-7500

**SO ORDERED:**
**/s/ STEVEN I. LOCKE**
 Steven I. Locke, USMJ on 10/11/2023