
January 31, 2024

Hon. Steven I. Locke, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Spronz v. County of Suffolk, et al.*,
Docket No. 23-cv-3689 (JMA) (SIL)

Dear Judge Locke:

The Suffolk County Attorney's Office represents defendants in this action pursuant to 42 U.S.C. § 1983 brought by plaintiff Eric Spronz.

I respectfully ask that the in person conference scheduled for February 13, 2024 be adjourned to one of the following dates: February 26, March 4, 5 or 6, 2024. I am requesting this adjournment because I will be outside of the state from February 1 through February 16, 2024. I believe it necessary for me to appear personally at the conference in light of counsel's repeated instructions to plaintiff not to answer questions and plaintiff's use of profanity at his deposition held yesterday.

I have asked opposing counsel to consent to this request. They informed me that the plaintiff himself declined to consent to adjournment.

We thank the Court for its anticipated consideration of this request.

Respectfully submitted,

Christopher J. Clayton
Acting Suffolk County Attorney

By: */s/ Arlene S. Zwilling*
   Arlene S. Zwilling
   Assistant County Attorney