**UNITED STATES DISTRICT COURT**　　　　　　　**CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**　　　　　　**MINUTE ORDER**

BEFORE: STEVEN I. LOCKE　　　　　　　　　　DATE: 2/26/24
　　　　　　U.S. MAGISTRATE JUDGE　　　　　　TIME: 10:00 am

CASE:  **CV 23-3689 (JMA) Spronz v. County of Suffolk et al**

TYPE OF CONFERENCE:　STATUS　　　　　　FTR: 10:04-10:13

APPEARANCES:
　　　　For Plaintiff:　 Richard Young

　　　　For Defendant: Arlene Zwilling

**THE FOLLOWING RULINGS WERE MADE:**

☐　　Scheduling Order entered.

☐　　The court has adopted and So Ordered the joint proposed scheduling order [　] submitted by the parties.

☒　　Other:　Status conference held.  Plaintiff's point of all contact going forward is Mr. Young, not Mr. Morris.  Plaintiff will serve a deficiency letter on Defendants concerning discovery on March 8, 2024.  Plaintiff will respond in writing to Defendants' letter concerning Plaintiff's deposition also on March 8, 2024.  The parties will meet and confer no later than March 15, 2024 at mutually agreeable time to address all discovery deficiencies.  Any motions to compel will be served on March 29, 2024.  Opposition papers will be served on April 5, 2024.  Reply papers will be served on April 12, 2024.  All motion papers will be filed on April 15, 2024.  If full-blown motions are made (as opposed to letter motions) a courtesy copy of all motion papers will be delivered to the Court.

　　　　Next status conference: May 1, 2024 at 11:30am.  The parties will be prepared to address all outstanding discovery issues and an amended scheduling order to bring discovery to a conclusion.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

　　　　 5/1/24 at 11:30 am 　　　　　: Status conference

　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　 /s/Steven I. Locke
　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　United States Magistrate Judge