
March 8, 2024

Richard W. Young Sr., Esq.
863 Islip Avenue
Central Islip, New York 11722

Re: *Spronz v. County of Suffolk, et al.*,
　　CV23-3689 (JMA) (SIL)

Dear Mr. Young:

In furtherance of our phone conversation today, I respond to your deficiency letter of February 29, 2024, and regarding our request for documentation of plaintiff's lost income claim.

I have reviewed the documentation plaintiff has provided regarding his claimed loss of income. The documents produced pertain only to the gross receipts of his business, which employs a number of other people. He has not actually produced any documents reflecting his personal income. Additionally, he had not provided any documentation for period prior to the suspension of his license, which is necessary to determine whether or not his income has actually declined. Accordingly, please provide us with copies of all records documenting plaintiff's loss of income claim, including but not limited to his personal and business tax returns for 2022 and 2023, quarterly as well as annual, as requested at his deposition.

We do not believe that we responded to the interrogatories in an incorrect form. The form used does not in any way prevent plaintiff from using the responses for cross-examination or putting them into evidence at trial.

Steve Bellone was sued in this case in his official capacity only, and therefore the claim is against Suffolk County, only. As he is no longer the County Executive, he should be substituted out of the case.

We produced the entire Pistol Licensing Unit file for plaintiff as part of our initial disclosures. At this time, we have no additional witnesses to name or documents to produce other than those that have already been supplied.

As this is plaintiff's first demand for the Internal Affairs file and individual defendants' personnel records, we object to production on grounds of irrelevance. However, we are willing to produce the Internal Affairs Bureau file of the investigation into plaintiff's claims pursuant to a Stipulation of Confidentiality. If that is agreeable to you, kindly let me know and I will forward a Stipulation in the Court's usual form.

I have asked the Police Department for copies of any documents with plaintiff's name on it that have not already been produced. If there are any, I will forward copies to you when I receive them.

As per the agreement we reached during our phone call that plaintiff is not seeking emotional distress damages, I am enclosing a proposed stipulation to that effect. If the stipulation is acceptable to you in its present form, kindly execute and return it. If it is not acceptable to you, please feel free to call me to discuss modification.

Very truly yours,

Christopher J. Clayton
Suffolk County Attorney

By: */s/ Arlene S. Zwilling*
    Arlene S. Zwilling
    Assistant County Attorney

LOCATION                                      MAILING ADDRESS
H. LEE DENNISON BLDG.                 P.O. BOX 6100                                    (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY ♦     HAUPPAUGE, NY 11788-0099       ♦       TELECOPIER (631) 853-5169