

POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.
PISTOL LICENSING BUREAU
30 YAPHANK AVENUE YAPHANK NEW YORK 11980
PHONE: 631-852-6311   FAX: 631-852-6670   SUFFOLK COUNTY WEBSITE: www.co.suffolk.ny.us
OFFICE HOURS: MONDAY TO FRIDAY 9:00 AM TO 4:30 PM
PDCS-4444

# PISTOL LICENSE NOTICE OF SUSPENSION

Eric R SPRONZ
706 BREWSTER DR
PORT JEFFERSON, NY 11777

RE: License # C-113910
Expiration Date: 5/1/2025

Date: 2/27/2023

Dear Licensee,

As a result of you carrying your firearm out of class on February 18, 2023 (CC# <u>23-171431</u>), your Suffolk County pistol license is hereby suspended pending further investigation into your continued qualification to possess same.

If you have not already done so, please respond to the Suffolk County Police Licensing Bureau, Police Headquarters, or your local precinct immediately and surrender your pistol license and all handguns in your possession. Only after surrendering your handguns will you have the right while under suspension to transfer ownership to a gun dealer. **(Unless prohibited by Court Order)**

You are directed to provide this office with a sworn statement (enclosed), in your own words, thoroughly explaining in detail the circumstances surrounding this incident. We must receive your **NOTARIZED STATEMENT** within ten days of your receipt of this correspondence. In the case of an arrest, your statement may be provided upon adjudication, but it must be accompanied by a Transcript of Record including disposition before your license can be reinstated. Please note that if the term of your license is set to expire while your license is under suspension, it will be your responsibility to initiate the renewal process.

You will be notified in writing of the result of the investigation. If you have any questions regarding this matter, you may contact **PO Wustenhoff** of this office at (631)852-6587.

Truly yours,

Michael Komorowski, Lieutenant
Commanding Officer
Pistol Licensing Bureau



**POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.**
**PISTOL LICENSING BUREAU**
30 YAPHANK AVENUE YAPHANK NEW YORK 11980
PHONE: 631-852-6311  FAX: 631-852-6670  SUFFOLK COUNTY WEBSITE: www.co.suffolk.ny.us
OFFICE HOURS: MONDAY TO FRIDAY 9:00 AM TO 4:30 PM
PDCS-4444

# PISTOL LICENSE NOTICE OF REINSTATEMENT

*back dated by 10 days* ✓

Eric R. SPRONZ
706 BREWSTER DR.
PORT JEFFERSON, NY 11777

RE: License #  C-113910
Expiration Date: 05/01/2025

Date: 8/15/2023

Dear Licensee,

This is to advise you that our investigation into the circumstances surrounding the suspension of your pistol license has been completed. A decision has been made to reinstate your licensing privileges.

Enclosed is your pistol license. To effect the return of your handgun(s), you must respond to the Property Bureau **with this letter and your license.** Your handgun(s) will not be returned unless both items are presented.

An appointment must be made **prior to responding to the Property Bureau.** An appointment can be made by calling (631) 852-6465.

The Property Bureau is open Monday thru Friday from 8:30AM to 3:30PM.

Questions regarding this matter may be referred to Police Officer Wustenhoff of this office at 631-852-6587.

Truly yours,

*E. Bowen Sgt 1416/5800*

Eric Bowen, Sergeant
Executive Officer
Pistol Licensing Bureau

# POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.
## ACCREDITED LAW ENFORCEMENT AGENCY
### FIELD REPORT PDCS-1053c

| CENTRAL COMPLAINT NUMBER | PCT. OF OCC. | SECTOR | CAR NO. | HAMLET |
|---|---|---|---|---|
| 2023-0171431 | 6 | 601 | 601 | CENTRE |

**INCIDENT:** DISTURBANCE

**INCIDENT LOCATION (INCLUDE BUSINESS NAME):** 22 VIRGINIA RD

| DAY | DATE | TIME | DAY | DATE | TIME |
|---|---|---|---|---|---|
| SAT | 2/18/2023 | 14:19 | | | |

**COMPLAINANT OR VICTIM:** ALLGAIER, WAYNE — PT: C — DATE OF BIRTH: /1973 — M
**ADDRESS:** 22 VIRGINIA RD CENTEREACH NY

**ADDITIONAL PERSON:** SPONZ, ERIC — PT: O — DATE OF BIRTH: 11/2/1982 — M
**ADDRESS:** 706 BREWSTER DR PORT JEFFERSON NY
**TELEPHONE:** 6314184116

**DETAILS:**
C REPORTS O HELPING THEIR TENANT MOVE OUT AND SEEING A GUN IN A HOLSTER ON HIS WAISTBAND. O WAS HELPING HIS FRIEND (THE TENANT) MOVE AND SHE WAS AWARE HE HAD THE PISTOL ON HIM. O HAS A VALID CARRY LICENSE C-113910 AND STATED HIS PISTOL WAS CONCEALED THE WHOLE TIME THAT HE WAS ON THE PROPERTY AND C MUST'VE SAW IT WHILE HE WAS BENDING OVER TO MOVE THINGS. C STATES THE PISTOL WAS NOT CONCEALED AND WAS SHOWING. WHEN UNDERSIGNED OFFICER ARRIVED THE WEAPON WAS CONCEALED AND O WAS COOPERATIVE WITH NOTIFYING RESPONDING OFFICERS OF HIS WEAPON. SGT PAROLY ON SCENE, FWD TO PISTOL LICENSING.

CERTIFIED DLD
CENTRAL RECORDS SECTION
SUFFOLK COUNTY POLICE DEPARTMENT

| DATE OF REPORT | TIME OUT | TIME ARRIVED | TIME IN | TOUR | FOUNDED |
|---|---|---|---|---|---|
| 2/18/2023 | 14:20 | 14:28 | 15:30 | 0700-1500 | ☐ YES ☒ NO |

☐ ACTIVE ☒ CLOSED (NON-CRIMINAL ONLY) ☐ CLEARED BY ARREST
☐ PENDING ☐ EXCEPTIONALLY CLEARED

**POLICE OFFICER:** BELCHER, LILY PO/7417/1C1
**SUPERVISOR:** PAROLY, JOHN SGT/1380/635

Printed 2/28/2023 10:00:41 AM



Anyone with information about crimes is asked to call Crime Stoppers at 1-800-220-TIPS. Crime Stoppers of Suffolk County, Inc., is offering a Cash Reward of up to $5000.00 for information leading to an arrest.

|  |  |
|---|---|
| ERIC SPRONZ,<br><br>                                Plaintiff,<br>    -against-<br><br>COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE STEVEN BELLONE, in his official capacity only, SUFFOLK COUNTY POLICE COMMISSIONER RODNEY K. HARRISON, in his official capacity only, SUFFOLK COUNTY COMMANDING OFFICE OF THE PISTOL LICENSING BUREAU LIEUTENANT MICHAEL KOMOROWSKI, in his official capacity only, SUFFOLK COUNTY POLICE OFFICER KEVIN WUSTENHOFF in his individual and official capacity, SUFFOLK COUNTY POLICE OFFICER/PISTOL LICENSING BUREAU POLICE OFFICER DANIEL JUGAN, in his individual and official Capacity, JOHN AND JANE DOE NO. 1-10, in their official and in their individual capacity,<br><br>                                Defendants. | RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS RULE 34<br><br>CV23-03689<br><br>(JMA)(SIL) |

Defendants, County of Suffolk, Suffolk County Police Officer Kevin Wustenhoff, Suffolk County Police Officer/Pistol Licensing Bureau Police Officer Daniel Jugan, hereby respond to plaintiff's First Request For Production of Document: as follows:

1) Objection on grounds of irrelevance, overbreadth and harassment. Not a document demand.

2) Request is incomprehensible.

3) Objection on grounds or irrelevance, overbreadth and harassment. On information and belief, none exists.

4) Objection on grounds or irrelevance, overbreadth and harassment. Not a document demand. Suffolk County maintains a Department of Information Technology.

5) Objection on grounds of irrelevance. Will be produced pursuant to a stipulated order of confidentiality to be issued herein.

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

7) See attached documents and those previously provided.

8) Objection on grounds or irrelevance, overbreadth and harassment.

9) Objection on grounds or irrelevance, overbreadth, and confidentiality of non-parties. On information and belief, none exists.

11) Objection on grounds of irrelevance, overbreadth and harassment.

12) Objection on grounds of irrelevance. Will be produced pursuant to a stipulated order of confidentiality to be issued herein.

13) Objection on grounds of irrelevance, overbreadth and harassment.

14) Previously provided.

15) Previously provided.

16) See documents previously provided. Internal Affairs Bureau investigation file will be provided upon issuance of a stipulated order of confidentiality herein.

17) On information and belief, none.

18) On information and belief, none.

19) Not applicable.

20) Not applicable.

23) See plaintiff's Pistol Licensing Unit file previously provided.

24) See plaintiff's Pistol Licensing Unit file previously provided.

25) Objection on grounds of irrelevance, over breadth and harassment.

demand

December 27, 2023

Dennis M. Brown
Acting Suffolk County Attorney
Attorney for Defendants
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788

By: /s/ Arlene S. Zwilling
Arlene S. Zwilling
Assistant County Attorney

To: Richard W. Young, Sr., Esq.
863 Islip Avenue
Central Islip, NY 11722

ERIC SPRONZ,

                      Plaintiff,

   -against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE STEVEN BELLONE, in his official capacity only, SUFFOLK COUNTY POLICE COMMISSIONER RODNEY K. HARRISON, in his official capacity only, SUFFOLK COUNTY COMMANDING OFFICE OF THE PISTOL LICENSING BUREAU LIEUTENANT MICHAEL KOMOROWSKI, in his official capacity only, SUFFOLK COUNTY POLICE OFFICER KEVIN WUSTENHOFF in his individual and official capacity, SUFFOLK COUNTY POLICE OFFICER/PISTOL LICENSING BUREAU POLICE OFFICER DANIEL JUGAN, in his individual and official Capacity, JOHN AND JANE DOE NO. 1-10, in their official and in their individual capacity,

                      Defendants.

**RESPONSE TO COMBINED DEMANDS**

CV23-03689

(JMA)(SIL)

---

Defendants, County of Suffolk, Suffolk County Police Officer Kevin Wustenhoff, Suffolk County Police Officer/Pistol Licensing Bureau Police Officer Daniel Jugan, hereby respond to plaintiff's Combined Demands as follows:

Names and Addresses of All Witnesses

Objection on grounds of redundancy; at this time, defendants do not know of any witnesses other than those named in Defendants' Initial Disclosures Pursuant to Rule 26(a)(1)(A).

Adverse Party Statements or Summaries

Objection on grounds of redundancy; plaintiff's entire Suffolk County Police Department Pistol Licensing Unit file previously produced as part of defendants' initial disclosures. If additional responsive documents are located, copies will be provided.

1

Accident/Incident Reports

Objection on grounds of redundancy; plaintiff's entire Suffolk County Police Department Pistol Licensing Unit file previously produced as part of defendants' initial disclosures. If additional responsive documents are located, copies will be provided.

Investigative Reports

Photographs

Not applicable.

Documents

Objection on grounds of irrelevance and overbreadth. See Response to Plaintiff's First Request For Production of Documents and documents previously provided as part of defendants' initial disclosures.

Dated: Hauppauge, New York
December 27, 2023

Dennis M. Brown
Acting Suffolk County Attorney
Attorney for Defendants
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788

By: /s/ Arlene S. Zwilling
Arlene S. Zwilling
Assistant County Attorney

To: Richard W. Young, Sr., Esq.
863 Islip Avenue
Central Islip, NY 11722

ERIC SPRONZ

Plaintiff

-against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE STEVEN BELLONE, in his official capacity only, SUFFOLK COUNTY POLICE COMMISSIONER RODNEY K. HARRISON, in his official capacity only, SUFFOLK COUNTY COMMANDING OFFICE OF THE PISTOL LICENSING BUREAU LIEUTENANT MICHAEL KOMOROWSKI, in his official capacity only, SUFFOLK COUNTY POLICE OFFICER KEVIN WUSTENHOFF in his individual and official capacity, SUFFOLK COUNTY POLICE OFFICER/PISTOL LICENSING BUREAU POLICE OFFICER DANIEL JUGAN, in his individual and official Capacity, JOHN AND JANE DOE NO. 1-10, in their official and in their individual capacity,

Defendants.

**DEFENDANT KOMOROWSKI'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

CV23-03689

(JMA) (SIL)

---

Defendant, Michael Komorowski, hereby responds to Plaintiff's First Set of Interrogatories:

## GENERAL OBJECTIONS

These responses are made solely for the purpose of this action. Each response is subject to all objections as to competence, relevance, immateriality, propriety and admissibility and any and all other objections and grounds which would require the exclusion of any statement herein if the interrogatories were asked of, or any statement contained herein were made by a witness present and testifying in court, all of which objections and grounds are reserved and may be interposed at the time of trial. Defendant reserves the right to make any changes in these answers if it appears that omissions or errors have been made herein, or that further or more accurate information is available.

1

defendant has not completed its investigation of the facts relating to this action and has not completed his preparation for trial. The following answers are based on information presently available and are made without prejudice to defendant's right to utilize subsequently discovered facts.

Except for explicit facts admitted herein, no incidental or implied admissions are intended hereby. The fact that defendant has answered any interrogatory should not be taken as an admission that defendant accepts or admits the existence of any facts set forth or assumed by such interrogatory or that such answer constitutes admissible evidence. The fact that defendant has answered any or all of any interrogatory is not intended and shall not be construed to be a waiver by defendant of all or part of any objection to any interrogatory.

1) No.
2) No.
3) No.
4) No.
5) I did.
6) It was the usual length.
7) Not applicable.
8) No.
9) February 27, 2023
10) Not applicable.
11) Defendant Wustenhoff conducted the investigation.

DATED: Hauppauge, New York
December 27, 2023

Yours etc.,
Dennis M. Brown
Acting Suffolk County Attorney
Attorney for defendants County of Suffolk,
Wustenhoff and Jugan
H. Lee Dennison Building
100 Veterans Memorial Highway, P.O. Box 6100
Hauppauge, New York 11788

By: /s/ Arlene S. Zwilling
Arlene S. Zwilling
Assistant County Attorney

2

STATE OF NEW YORK )
COUNTY OF SUFFOLK ) ss:

MICHAEL KOMOROWSKI, being duly sworn deposes and says:

I am a defendant in the within action. I have read the foregoing RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES in *Spronz., v. County of Suffolk*, CV23-3689 (JMA) (SIL) and know the contents thereof. The responses, appear to be true to my knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Dated: Hauppauge, New York
December  , 2023

Wustenhoff

_____
Michael Komorowski

Subscribed and sworn to before me this
2 day of ~~December, 2023~~ January 2024

_____
NOTARY PUBLIC



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ERIC SPRONZ,

                Plaintiff,

-against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY EXECUTIVE STEVEN BELLONE, in his official capacity only, SUFFOLK COUNTY POLICE COMMISSIONER RODNEY K. HARRISON, in his official capacity only, SUFFOLK COUNTY COMMANDING OFFICE OF THE PISTOL LICENSING BUREAU LIEUTENANT MICHAEL KOMOROWSKI, in his official capacity only, SUFFOLK COUNTY POLICE OFFICER KEVIN WUSTENHOFF in his individual and official capacity, SUFFOLK COUNTY POLICE OFFICER/PISTOL LICENSING BUREAU POLICE OFFICER DANIEL JUGAN, in his individual and official Capacity, JOHN AND JANE DOE NO. 1-10, in their official and in their individual capacity,

                Defendants.

**DEFENDANT WUSTENHOFF'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

CV23-03689

(JMA) (SIL)

Defendant, Kevin Wustenhoff, hereby responds to Plaintiff's First Set of Interrogatories:

## GENERAL OBJECTIONS

These responses are made solely for the purpose of this action. Each response is subject to all objections as to competence, relevance, immateriality, propriety and admissibility and any and all other objections and grounds which would require the exclusion of any statement herein if the interrogatories were asked of, or any statement contained herein were made by a witness present and testifying in court, all of which objections and grounds are reserved and may be interposed at the time of trial. Defendant reserves the right to make any changes in these answers if it appears that omissions or errors have been made herein, or that further or more accurate information is available.

1

Defendant has not completed his investigation of the facts relating to this action and has not completed his preparation for trial. The following answers are based on information presently available and are made without prejudice to defendant's right to utilize subsequently discovered facts.

Except for explicit facts admitted herein, no incidental or implied admissions are intended hereby. The fact that defendant has answered any interrogatory should not be taken as an admission that defendant accepts or admits the existence of any facts set forth or assumed by such interrogatory or that such answer constitutes admissible evidence. The fact that defendant has answered any or all of any interrogatory is not intended and shall not be construed to be a waiver by defendant of all or part of any objection to any interrogatory.

1) The matter was assigned to me by the administration of the Pistol Licensing Bureau.

2) I do not know.

3) On information and belief, defendant Komorowski.

4) No one.

6) I did not suspend plaintiff's pistol license.

7) I do not know.

8) I do not know.

9) Pursuant to Fed.R.Civ.P. 33(d), response is made by way of reference to plaintiff's entire Pistol Licensing Bureau file produced as part of Defendants' Initial Disclosures Pursuant to Rule 26 (A)(1)(a).

10) Objection on grounds of irrelevance and overbreadth.

11) I did not admonish plaintiff. I informed him that the investigation he had unilaterally conducted on his own created a risk that defendants might not be able to obtain accurate and impartial information from witnesses.

12) Objection on grounds of irrelevance insofar as interrogatory seeks information concerning lawsuits, if any, unrelated to my work in law enforcement. On information and belief, I have not been a defendant in any lawsuit connected with my work except *Simmons v. County of Suffolk*, CV14-3884.

13) No.

14) I do not personally have parameters.

15) As set forth in the Suspension Notice, carrying a firearm out of class.

16) No one as I was not assigned to this matter until after the suspension.

17) On information and belief, none.

DATED: Hauppauge, New York
December , 2023

Yours etc.,
Dennis M. Brown
Acting Suffolk County Attorney
Attorney for defendants County of Suffolk, Wustenhoff and Jugan
H. Lee Dennison Building
100 Veterans Memorial Highway, P.O. Box 6100
Hauppauge, New York 11788

By: /s/ Arlene S. Zwilling
Arlene S. Zwilling
Assistant County Attorney

TO:
Richard W. Young, Sr., Esq.
863 Islip Avenue
Central Islip, NY 11722

3

# VERIFICATION

STATE OF NEW YORK )
COUNTY OF SUFFOLK ) ss.:

KEVIN WUSTENHOFF, being duly sworn deposes and says:

I am a defendant in the within action. I have read the foregoing RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES in *Spronz., v. County of Suffolk*, CV23-3689 (JMA) (SIL) and know the contents thereof. The responses, appear to be true to my knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Dated: Hauppauge, New York
December    , 2023

Kevin Wustenhoff

Subscribed and sworn to before me this
19 day of December, 2023

NOTARY PUBLIC

*[Notary seal: REINE JEAN DEROCCO, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Suffolk County, 01DE6259615, MY COMMISSION EXPIRES 04/16/20__]*

4