| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 5/1/2024<br>TIME: 11:30 am |

CASE:  **CV 23-3689(JMA) Spronz v. County of Suffolk et al**
TYPE OF CONFERENCE:   MOTION           FTR: 11:32-11:59
APPEARANCES:
    For Plaintiff:   Richard Young

    For Defendant: Arlene Zwilling

**THE FOLLOWING RULINGS WERE MADE:**

☒ Other:   Plaintiff's motion to compel, DE [23], [24], is denied without prejudice. The motion violates the Court's individual rules and is impossible to follow in terms of which discovery requests Plaintiff claims Defendants failed to respond to appropriately.  In terms of the Plaintiff's Pistol License file, defense counsel represents that everything has been produced.  As to internal affairs files concerning PO Westenhoff, defense counsel will search for and produce all files on a confidential basis to be used for the purpose of this litigation and no other purpose until a Court order to the contrary is issued.  As to the internal affairs investigation concerning Plaintiff's claims underlying this case, the report is not finished.  The Court is ordering that the report be completed and produced on a confidential basis no later than July 1, 2024.  If after the reviewing these confidential documents, Plaintiff believes they should not be maintained confidentially, he may file a motion with the Court, which includes briefing as to their availability pursuant to FOIL.  For the sake of clarity this order applies to all of Plaintiff's counsel and Plaintiff.

    Plaintiff will produce all documents for tax years 2022 and 2023 that indicate income, whether W-2s, 1099s, K-1s, 1040s, or other tax forms.  These documents will be produced no later than May 23, 2024.

    Finally, going forward Mr. Young will be the sole contact for defense counsel in this case, as previously ordered on February 24, 2024.  This means that defense counsel will only reach out to and respond to Mr. Young for the purpose of this litigation AND all motion papers will be signed by Mr. Young.  Nothing in this order will prevent Mr. Morris from otherwise participating in this litigation.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

        8/6/24 at 10:00 am          : Status conference

                                      SO ORDERED

                                      /s/Steven I. Locke
                                      STEVEN I. LOCKE
                                      United States Magistrate Judge