# COUNTY OF SUFFOLK



**EDWARD P. ROMAINE**
SUFFOLK COUNTY EXECUTIVE

**CHRISTOPHER J. CLAYTON**
COUNTY ATTORNEY

**DEPARTMENT OF LAW**

July 25, 2024

Hon. Steven I. Locke, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Spronz v. County of Suffolk, et al.*,
    Docket No. 23-cv-3689 (JMA) (SIL)

Dear Judge Locke:

The Suffolk County Attorney's Office represents defendants in this action pursuant to 42 U.S.C. § 1983 brought by plaintiff Eric Spronz.

Defendants submit this letter to apprise the Court of a misstatement in the letter of plaintiff's counsel, Richard Young, Esq., dated July 24, 2024 and filed on July 30, 2024 (docket entry no. 28).

My. Young states in his letter that I "previously with[eld] Internal Affairs Unit/an IAB report from [Cory] Morris in an excessive force trial."

I have never tried a case against Mr. Morris.

As the Court does not permit replies on letter motions, we refrain from further discussion of the merits of the motion at this time. However, defendants reserve their right to orally respond in full at the Court conference now scheduled for August 16, 2024.

We thank the Court for its ongoing time and attention to this case.

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney

By: */s/ Arlene S. Zwilling*
    Arlene S. Zwilling
    Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099   ♦

(631) 853-4049
TELECOPIER (631) 853-5169