| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>           U.S. MAGISTRATE JUDGE | DATE:  8/6/24<br>TIME:   10:00 am |

CASE:  **CV 23-3689(JMA) Spronz v. County of Suffolk et al**

TYPE OF CONFERENCE:   MOTION          FTR:    10:02-10:16; 10:51-10:55

APPEARANCES:
   For Plaintiff:   Corey Morris and Richard Young

   For Defendant: Arlene Zwilling

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [     ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:  Motion hearing held. Plaintiff's motion to compel, DE [26], is withdrawn without prejudice. Another copy of electronically stored documents has been produced for Plaintiff's review. Next status conference: October 7, 2024 at 10:00am. At the next conference the parties will be prepared to address a revised discovery schedule.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

        10/7/24 at 10:00 am            : Status conference

                                        SO ORDERED

                                         /s/Steven I. Locke
                                        STEVEN I. LOCKE
                                        United States Magistrate Judge