**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
SUFFOLK COUNTY EXECUTIVE

CHRISTOPHER J. CLAYTON
COUNTY ATTORNEY

DEPARTMENT OF LAW

June 10, 2025

Hon. Steven I. Locke, U.S.M.J.
United States District Court—EDNY
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Spronz v. County of Suffolk, et al.*
               Docket No. 23-cv-3689 (JMA)(SIL)

Dear Judge Locke:

This Office represents Defendants in this action brought by Plaintiff Eric Spronz. Plaintiff is represented by Cory H. Morris and Richard W. Young. I submit this correspondence on behalf of assigned Assistant County Attorney Arlene S. Zwilling who asked me to write the Court for the reasons that follow.

This matter is scheduled for a settlement conference on June 12, 2025 at 1:30 pm with ex parte pre-conference letters due to the Court tomorrow. Ms. Zwilling contacted me late this afternoon advising she is in the midst of a family emergency and may not be back to work this week as a result. As such, I respectfully request on her behalf that the settlement conference and requisite pre-conference submission deadline be adjourned. She advised me that she is available to appear after this week on any Tuesday, Wednesday or Thursday other than the week of July 7th to 11th as she will be away.

Upon being contacted by Ms. Zwilling, I immediately contacted Mr. Morris (lead counsel) via phone (leaving a voicemail), text and e-mail to no avail. I copied Mr. Young on the e-mail correspondence, as well. As of this writing, I have not heard back from either of them regarding Plaintiff's input on this request. As the Court's rules require two business days' notice for any adjournment/ extension requests, I am thus writing the Court requesting this adjournment without their input at this time.

We thank the Court for its anticipated consideration of this request.

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney
By: */s/ Stacy A. Skorupa*
     Stacy A. Skorupa
     Assistant County Attorney

CC: Cory H. Morris and Richard W. Young, Attorneys for Plaintiff (Via ECF)

LOCATION                        MAILING ADDRESS
H. LEE DENNISON BLDG.         P.O. BOX 6100                        (631) 853-4049
100 VETERANS MEMORIAL HIGHWAY  ♦  HAUPPAUGE, NY 11788-0099  ♦  TELECOPIER (631) 853-5169