# Richard W. Young Sr., Esq.

*ATTORNEY AT LAW*
863 ISLIP AVENUE
CENTRAL ISLIP, NEW YORK 11722-4816
PHONE - (631) 224-7500
FAX - (631) 224-9400
*WWW.YOUNGANDYOUNGESQ.COM*

June 11, 2025

**VIA ECF**

Magistrate Judge Steven I. Locke
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

      Re:   **Plaintiff's Motion to Compel Outstanding Discovery, Contempt of Court or Alternatively Strike Defendants Answer for Failure to Comply**
            Spronz v. County of Suffolk, et al.
            2:23-cv-03689-JMA SIL

Dear Judge Locke:

      I write to you regarding the County's request for an "emergency" adjournment. Mr. Morris and I appeared in Brooklyn on April 30, 2025 before the Honorable Judge Azrack. Mr. Morris flew in from Florida met me at the office located at 863 Islip Avenue, Central Islip, New York 11722, We then drove into Brooklyn together. We arrived on time for our 9:00 a.m. appearance, paid $50.00 for parking and waited in the Courtroom. After approximately 30 minutes Judge Azrack entered the Courtroom looking for Ms. Zwilling who was not present. The Judge proceeded to call Ms. Zwilling on a speaker phone. Ms. Zwilling advised that she went to the Central Islip Federal Court. At that point Judge Azrack discussed issues in the case and determined a settlement conference should be undertaken. Mr. Morris and myself proceeded back to Cental Islip in very heavy traffic, arriving back at the office after 3:00 p.m.

      Thereafter we provided Ms. Zwilling with our settlement demand in a timely fashion. We have asked several times for her to respond and each time being scolded that she would comply with court rules. To date we never received any response. Yesterday, while returning from court in Riverhead I received an email from Ms. Stacy Skoupa stating that Ms. Zwilling needed an adjournment. I did not arrive in my office until after 5:00 p.m. I contacted my client who advised that he would not allow any further delays in this matter. At 5:08 p.m. I received the emergency motion seeking an adjournment of the Settlement Conference ordered by Judge Azrack.

      Ms. Skoupa alleges that she attempted to contact Mr. Morris, however, after issues before your Honor this court ordered that I would have to be the one to be contacted. The attempted contact to me was at 4:06 p.m. This while driving back from Court in Riverhead and then the "emergency motion" was filed at 5:08 p.m. just minutes after I returned from Court in Riverhead.

June 11, 2025
Page 2 of 2

      While I understand Ms. Zwilling may be unable to attend, I believe the conference should go forward with another Assistant County Attorney. The County Attorney has the audacity to demand that this matter be put over to a week following the July 4th holiday. Many of us take that week off.

      We have been met with Ms. Zwilling's claims she was retiring in this matter which caused delays early on, only to learn that there was no retirement forthcoming. . We were delayed as one of their witness was unavailable due to health issues. We have driven to Brooklyn to attend conferences that no one from the County Attorney's office appeared for. We have received no response to our good faith settlement proposal. Clearly, it is time to hold the County Attorney of Suffolk to comply with Court Orders. I believe this conference should proceed with the County of Suffolk and that they should have one of their many attorneys appear.

Very truly yours,

Richard W. Young, Sr., Esq.
(RWY7633)

CC: Arlene Zwilling, Esq. (via electronic case filing only)