**COUNTY OF SUFFOLK**



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

CHRISTOPHER J. CLAYTON  
COUNTY ATTORNEY

DEPARTMENT OF LAW

June 25, 2025

Hon. Steven I. Locke, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Spronz v. County of Suffolk, et al.*,
    Docket No. 23-cv-3689 (JMA) (SIL)

Dear Judge Locke:

The Suffolk County Attorney's Office represents defendants in this action pursuant to 42 U.S.C. § 1983 brought by plaintiff Eric Spronz.

Pursuant to the Court's Order of June 11, 2025, the parties advise that both sides are available for a rescheduled settlement conference on August 6, 20, 21, 2025.

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney

By:  */s/ Arlene S. Zwilling*
     Arlene S. Zwilling
     Assistant County Attorney

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY     ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099     ♦

(631) 853-4049
TELECOPIER (631) 853-5169