**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ORDER**

BEFORE: STEVEN I. LOCKE
        U.S. MAGISTRATE JUDGE

DATE: 8/21/2025
TIME: 1:30 pm

CASE: **CV 23-3689(JMA) Spronz v. County of Suffolk et al**

TYPE OF CONFERENCE: SETTLEMENT      FTR: 1:34-1:35;2:14-2:15
APPEARANCES:
        For Plaintiff: <u>Cory Morris</u>

        For Defendant: <u>Susan Flynn and Arlene Zwilling</u>

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [    ]
    submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.
    The action will be tried in accordance with the discretion and the trial calendar of the
    District Judge.

☒    Other: Settlement conference held. Case note settled.

        SO ORDERED

        <u>/s/Steven I. Locke</u>
        STEVEN I. LOCKE
        United States Magistrate Judge