*Via Electronic Case Filing Only*

October 31, 2025

Hon. Joan M. Azrack, USDJ
United States District Court
Eastern District of New York
Long Island Courthouse, Room 920
100 Federal Plaza
Central Islip, NY 11722

re   Joint Status Letter in compliance with Court Order

       Case:     *Eric Spronz vs. Suffolk County et al.*   Docket No: 23-cv-3689 (JMA)(SIL)

Dear Honorable Judge Azrack:

I write this letter on behalf of Plaintiff. Below, please my proposed Scheduling Order. I sent this to Defense Counsel numerous times. Each time I sent it, she denied receiving my proposed letter. I attach the enclosed email chain to demonstrate my attempts to obtain defense counsel's response that was never forthcoming:

"Suffolk County came to a settlement conference and there was absolutely nothing offered nor movement on this matter that should expeditiously be resolved by jury trial if dispositive motion practice does not ensure. Accordingly, both parties respectfully suggest that

- *Defendant* to move on or before January 5, 2026 for Summary Judgment;
- *Plaintiff* to oppose or cross move on or before February 5, 2025; and
- *Opposition in Reply*, if any, are due on or before March 2, 2025.

Thank you very much for your consideration."

Respectfully submitted,

Cory H. Morris

Please send all mail to:   863 Islip Avenue, Central Islip, New York 11722
TEL: 631.450.2515 | FAX: 631.223.7377 | WEB: coryhmorris.com | EMAIL: info@coryhmorris.com
515 East Las Olas Boulevard, [ ]   • Fort Lauderdale, FL 33301   *By appointment only*