Case 2:23-cv-03689-JMA-SIL    Document 42-1    Filed 10/31/25    Page 1 of 8 PageID #: 408



Cory Morris <coryhmorris@gmail.com>

# Meet/Confer - Status Request - Case 2:23-cv-03689-JMA-SIL Spronz v. County of Suffolk et al Status Report Order

13 messages

**Cory Morris** <coryhmorris@gmail.com>	Tue, Oct 21, 2025 at 8:00 AM
To: "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>, RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>
Bcc: Eric Spronz <eric.spronz@gmail.com>

Good morning:

I hope this message finds you well and I write in regards to the court notice in this matter.

Please provide your portion of the status letter and let us meet and confer at your earliest convenience to comply with this Order.

Thank you very much. I hope you are well and I look forward to hearing from you soon.

Sincerely,
 Cory Morris

---------- Forwarded message ---------
From: <ecf_bounces@nyed.uscourts.gov>
Date: Mon, Oct 20, 2025 at 11:20 AM
Subject: Activity in Case 2:23-cv-03689-JMA-SIL Spronz v. County of Suffolk et al Status Report Order
To: <nobody@nyed.uscourts.gov>


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.**

**\*\*\*Additional Security Enhancements Coming Soon\*\*\* For information visit PACER website**

**https://pacer.uscourts.gov/announcements/2025/06/27/additional-security-enhancements-coming-soon**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 10/20/2025 at 12:18 PM EDT and filed on 10/20/2025
**Case Name:**	Spronz v. County of Suffolk et al
**Case Number:**	2:23-cv-03689-JMA-SIL
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**STATUS REPORT ORDER: Counsel shall file a joint status report by 10/31/2025. Ordered by Judge Joan M. Azrack on 10/20/2025. (LP)**

**2:23-cv-03689-JMA-SIL Notice has been electronically mailed to:**

Arlene S. Zwilling      arlene.zwilling@suffolkcountyny.gov, Cheryl.Darcangelo@suffolkcountyny.gov, asuzwi@gmail.com, courtalert@suffolkcountyny.gov, susan.flynn@suffolkcountyny.gov

Richard W. Young        seaox26@aol.com, melinda@youngandyoungesq.com

Cory H. Morris          coryhmorris@gmail.com

**2:23-cv-03689-JMA-SIL Notice will not be electronically mailed to:**

--

**Please Note that our Mailing Address has Changed:** *If you have sent anything to the firm in the last week via regular mail and a response is time sensitive, please resend via email.*

Nation's Top 1% | AVVO | LinkedIn | Website | Superlawyer

Phone:    (631) 450-2515 | (954)-745-4592

Fax:      (631) 223-7377 | (954) 745-4597

Email:    Info@CoryHMorris.com | CoryHMorris@Gmail.com

(Mailing address)
863 Islip Avenue
Central Islip NY 11722

 (By appointment only)
515 E. Las Olas Boulevard
Suite 1301
Fort Lauderdale, FL 33301

CONFIDENTIALITY NOTE:  The information contained in this e-mail transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged.  Unauthorized review, use, disclosure or distribution is strictly prohibited.  If you are not the intended recipient, please contact the sender at (631) 450-2515, or by reply e-mail, and destroy all copies of the original message. Thank you.

---

Zwilling, Arlene <Arlene.Zwilling@suffolkcountyny.gov>                              Tue, Oct 21, 2025 at 8:19 AM
To: Cory Morris <coryhmorris@gmail.com>, RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

As you represent plaintiff, kindly provide your portion first.

*Arlene S. Zwilling*

Assistant County Attorney
Suffolk County Attorney's Office
H. Lee Dennison Bldg.
Hauppauge, New York 11788
(631)853-4055
Arlene.Zwilling@suffolkcountyny.gov

10/31/25, 8:57 AM Gmail - Meet/Confer - Status Request - Case 2:23-cv-03689-JMA-SIL Spronz v. County of Suffolk et al Status Report Order

Case 2:23-cv-03689-JMA-SIL   Document 42-1   Filed 10/31/25   Page 3 of 8 PageID #: 410

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT
INTER-OFFICE/INTRA-AGENCY COMMUNICATION
NOT SUBJECT TO FOIL DISCLOSURE
NOT FOR DISTRIBUTION

---

**From:** Cory Morris <coryhmorris@gmail.com>
**Sent:** Tuesday, October 21, 2025 9:00 AM
**To:** Zwilling, Arlene <Arlene.Zwilling@suffolkcountyny.gov>; RICHARD YOUNG <seaox26@aol.com>; Melinda Young <melinda@youngandyoungesq.com>
**Subject:** [External] Meet/Confer - Status Request - Case 2:23-cv-03689-JMA-SIL Spronz v. County of Suffolk et al Status Report Order

> **STOP | THINK | ACT**
> External email detected. Do not click on links or open attachments from unknown sources. Be alert for phishing attempts & report suspicious email IT Security.

[Quoted text hidden]

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

---

**Cory Morris** <coryhmorris@gmail.com>                                          Tue, Oct 21, 2025 at 8:54 AM
To: "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>
Cc: RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>
Bcc: Eric Spronz <eric.spronz@gmail.com>

Good morning:

Yes, sure, we will start with the portion that "Suffolk County came to a settlement conference and there was absolutely nothing offered nor movement on this matter that should expeditiously be resolved by jury trial if dispositive motion practice does not ensure."

Please advise of your position. Thank you. I hope you are well and look forward to hearing from you.

Sincerely,
   Cory Morris
[Quoted text hidden]

---

**Zwilling, Arlene** <Arlene.Zwilling@suffolkcountyny.gov>                        Tue, Oct 21, 2025 at 9:01 AM
To: Cory Morris <coryhmorris@gmail.com>
Cc: RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

As per the normal procedure, please send us a draft letter that includes your portion.

10/31/25, 8:57 AM Gmail - Meet/Confer - Status Request - Case 2:23-cv-03689-JMA-SIL Spronz v. County of Suffolk et al Status Report Order

Case 2:23-cv-03689-JMA-SIL    Document 42-1    Filed 10/31/25    Page 4 of 8 PageID #: 411

Arlene S. Zwilling
Assistant County Attorney
Suffolk County Attorney's Office
H. Lee Dennison Bldg.
Hauppauge, New York 11788
(631)853-4055
Arlene.Zwilling@suffolkcountyny.gov

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT
INTER-OFFICE/INTRA-AGENCY COMMUNICATION
NOT SUBJECT TO FOIL DISCLOSURE
NOT FOR DISTRIBUTION

---

**From:** Cory Morris <coryhmorris@gmail.com>
**Sent:** Tuesday, October 21, 2025 9:54 AM
**To:** Zwilling, Arlene <Arlene.Zwilling@suffolkcountyny.gov>
**Cc:** RICHARD YOUNG <seaox26@aol.com>; Melinda Young <melinda@youngandyoungesq.com>
**Subject:** Re: [External] Meet/Confer - Status Request - Case 2:23-cv-03689-JMA-SIL Spronz v. County of Suffolk et al Status Report Order

[Quoted text hidden]

---

**Eric Spronz** <eric.spronz@gmail.com>                                Tue, Oct 21, 2025 at 9:48 AM
To: Cory Morris <coryhmorris@gmail.com>

Thank you. This is dragging on long enough, lets have a jury or the county come to the table with some real money, I am still in the hole from this and have not fully bounced back. I want you guys to get paid also.

[Quoted text hidden]

---

**Cory Morris** <coryhmorris@gmail.com>                                Fri, Oct 24, 2025 at 8:16 AM
To: "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>
Cc: RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

Good morning:

Please review/comment upon the enclosed. I assumed later dates would be best for you.

Sincerely,
Cory Morris

[Quoted text hidden]

📄 **20251024 _ USDJ Azrack Joint Letter.docm**
29K

---

**Cory Morris** <coryhmorris@gmail.com>                                Mon, Oct 27, 2025 at 9:58 AM
To: "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>
Cc: RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

10/31/25, 8:57 AM                      Gmail - Meet/Confer Status Request - Case 4:23-cv-03689-JMA-SIL Spronz v. County of Suffolk et al Status Report Order

Case 2:23-cv-03689-JMA-SIL    Document 42-1    Filed 10/31/25    Page 5 of 8 PageID #: 412

Good morning - circling back here - thank you

[Quoted text hidden]

---

**Zwilling, Arlene** <Arlene.Zwilling@suffolkcountyny.gov>   Mon, Oct 27, 2025 at 11:07 AM
To: Cory Morris <coryhmorris@gmail.com>
Cc: RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

What is it you are circling back on? We are still waiting for your proposed draft.

*Arlene S. Zwilling*

Assistant County Attorney

Suffolk County Attorney's Office

H. Lee Dennison Bldg.

Hauppauge, New York 11788

(631)853-4055

Arlene.Zwilling@suffolkcountyny.gov


PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT
INTER-OFFICE/INTRA-AGENCY COMMUNICATION
NOT SUBJECT TO FOIL DISCLOSURE
NOT FOR DISTRIBUTION

---

**From:** Cory Morris <coryhmorris@gmail.com>
**Sent:** Monday, October 27, 2025 10:58 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Cory Morris** <coryhmorris@gmail.com>   Mon, Oct 27, 2025 at 11:13 AM
To: "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>, RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

I sent the enclosed proposed draft last week….

**Please Note that our Mailing Address has Changed:** *If you have sent anything to the firm in the last week via regular mail and a response is time sensitive, please resend via email.*

Nation's Top 1% | AVVO | LinkedIn | Website | Superlawyer

Phone:     (631) 450-2515 | (954)-745-4592

Fax:        (631) 223-7377 | (954) 745-4597

Email:     Info@CoryHMorris.com | CoryHMorris@Gmail.com

(Mailing address)

Case 2:23-cv-03689-JMA-SIL    Document 42-1    Filed 10/31/25    Page 6 of 8 PageID #: 413

863 Islip Avenue
Central Islip NY 11722

(By appointment only)
515 E. Las Olas Boulevard
Suite 1301
Fort Lauderdale, FL 33301

CONFIDENTIALITY NOTE: The information contained in this e-mail transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at (631) 450-2515, or by reply e-mail, and destroy all copies of the original message. Thank you.

[Quoted text hidden]

---

📄 **20251024 _ USDJ Azrack Joint Letter.docm**
29K

---

**Cory Morris** <coryhmorris@gmail.com>    Tue, Oct 28, 2025 at 9:20 AM
To: "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>, RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

Good morning:

Please review/comment upon the enclosed. This is the third time I am sending this to you. I assumed later dates would be best for you.

Sincerely,
Cory Morris

[Quoted text hidden]

---

📄 **20251024 _ USDJ Azrack Joint Letter.docm**
29K

---

**Cory Morris** <coryhmorris@gmail.com>    Thu, Oct 30, 2025 at 6:35 AM
To: RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>, "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>

Ms. Zwilling, will you comment/approve the enclosed letter for filing? Thank you

---------- Forwarded message ---------
From: **Cory Morris** <coryhmorris@gmail.com>
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

---

📄 **20251024 _ USDJ Azrack Joint Letter.docm**
29K

---

**Zwilling, Arlene** <Arlene.Zwilling@suffolkcountyny.gov>    Thu, Oct 30, 2025 at 8:24 AM
To: Cory Morris <coryhmorris@gmail.com>
Cc: RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

Our joint status report is due tomorrow. Will we be receiving a draft from you today?

If you do not wish to provide us with your draft, kindly let us know that.

10/31/25, 8:57 AM  Gmail - Meet/Confer Status Request - Case 2:23-cv-03689-JMA-SIL Sproul v. County of Suffolk et al Status Report Order

Case 2:23-cv-03689-JMA-SIL   Document 42-1   Filed 10/31/25   Page 7 of 8 PageID #: 414

Arlene S. Zwilling

Assistant County Attorney

Suffolk County Attorney's Office

H. Lee Dennison Bldg.

Hauppauge, New York 11788

(631)853-4055

Arlene.Zwilling@suffolkcountyny.gov

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT
INTER-OFFICE/INTRA-AGENCY COMMUNICATION
NOT SUBJECT TO FOIL DISCLOSURE
NOT FOR DISTRIBUTION

---

**From:** Cory Morris <coryhmorris@gmail.com>
**Sent:** Monday, October 27, 2025 10:58 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Cory Morris** <coryhmorris@gmail.com>      Thu, Oct 30, 2025 at 8:25 AM
To: "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>, RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

Ms Zwilling - enclosed - I sent this to you several times now. Please acknowledge receipt.

**Please Note that our Mailing Address has Changed:** *If you have sent anything to the firm in the last week via regular mail and a response is time sensitive, please resend via email.*

Nation's Top 1% | AVVO | LinkedIn | Website | Superlawyer

Phone:    (631) 450-2515 | (954)-745-4592

Fax:      (631) 223-7377 | (954) 745-4597

Email:    Info@CoryHMorris.com | CoryHMorris@Gmail.com

(Mailing address)
863 Islip Avenue
Central Islip NY 11722

 (By appointment only)
515 E. Las Olas Boulevard
Suite 1301
Fort Lauderdale, FL 33301

CONFIDENTIALITY NOTE:  The information contained in this e-mail transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged.  Unauthorized review, use, disclosure or distribution is strictly prohibited.  If you are not the intended recipient, please contact the sender at (631) 450-2515, or by reply e-mail, and destroy all copies of the original message. Thank you.

Case 2:23-cv-03689-JMA-SIL   Document 42-1   Filed 10/31/25   Page 8 of 8 PageID #: 415

[Quoted text hidden]

---

📄 **20251024 _ USDJ Azrack Joint Letter.docm**
29K