## COUNTY OF SUFFOLK



**EDWARD P. ROMAINE**
**SUFFOLK COUNTY EXECUTIVE**

**CHRISTOPHER J. CLAYTON**　　　　　　　　　　　　　　　　　　　　　　　**DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

November 3, 2025

Hon. Joan M. Azrack, U.S.D.J.
United States District Court, Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re: *Spronz v. County of Suffolk, et al.*, CV23-3689 (JMA) (SIL)

Dear Judge Azrack:

The Suffolk County Attorney's Office represents defendants in this action pursuant to 42 U.S.C. § 1983 brought by plaintiff Eric Spronz. Defendants respectfully request that a) the letter of plaintiff's counsel, Cory H. Morris, Esq., to the Court dated October 31, 2025 (docket entry no. 42) be sealed or stricken from the public docket; b) plaintiff's request for a briefing schedule for defendants' summary judgment motion be denied as premature and c) the Court set dates for plaintiff's filing of a pre-motion letter (if any) and a pre-motion conference.

Defendants submit respectfully that Mr. Morris' letter and the attachment thereto are not properly on the public docket because they purport to set forth our position at the settlement conference held by Judge Locke on August 21, 2025. Discussions at settlement conferences are confidential and without prejudice, not open to public dissemination. We believe that allowing the public access to settlement discussions frustrates the very purpose of settlement conferences and therefore should not be permitted.

With respect to the briefing schedule requested by plaintiff, I wish to make clear that I did not fail to respond to any email from Mr. Morris that I received. I did not receive several of the emails which he indicates he sent me. In particular, I did not receive his emails with attachments, including an attached proposed joint status report. I have sent a request to the County's IT Department to look into this non-delivery of emails. A copy of that request listing the emails I did not receive, along with several others that were delayed in delivery, is attached.

Furthermore, we believe that it would be premature for the Court to set a briefing schedule for defendants' summary judgment motion as motion practice was held in abeyance pursuant to the Court's Order of April 30, 2025 (docket entry no. 36). While a brief conference was held on April 30, 2025, the substance of the proposed motion was not discussed that day as normally done at a pre-motion conference. Additionally, although it is expected that plaintiff will also be moving for summary judgment, he has not yet filed a pre-motion letter. Accordingly, defendants respectfully request that the Court set dates for plaintiff's filing of a pre-motion letter (if he intends to seek summary judgment) and a pre-motion conference.

We thank the Court for its continuing time and attention to this case.

Respectfully submitted,

Christopher J. Clayton
Suffolk County Attorney

By: */s/ Arlene S. Zwilling*
    Arlene S. Zwilling
    Assistant County Attorney

LOCATION  
H. LEE DENNISON BLDG.  
100 VETERANS MEMORIAL HIGHWAY ♦

MAILING ADDRESS  
P.O. BOX 6100  
HAUPPAUGE, NY 11788-0099 ♦

(631) 853-4049  
TELECOPIER (631) 853-5169