Outlook

**Not receiving emails**

From Zwilling, Arlene <Arlene.Zwilling@suffolkcountyny.gov>
Date Mon 11/3/2025 2:13 PM
To   Gould, Jason <Jason.Gould@suffolkcountyny.gov>

1 attachment (287 KB)
attachment.pdf;

Jason,

I am asking that IT look into why I am not receiving emails sent to my email address. Cory Morris, Esq., an adversary, has submitted to the Court copies of emails which he appears to have sent me that I did not respond to. I did not respond because I did not receive the emails.

The emails are not in my inbox. I checked my spam and deleted folders. The emails were not in those folders. I also checked the daily digest emails to see if the emails were waiting for clearance from the spam filter. The emails were not listed in the daily digest emails. I checked all of these areas several times over.

I have attached a printout of emails exchanged between me and Mr. Morris. As noted on the attachment, I did not receive the following emails.

    1) Sent at 9:00 A.M. on 10/21/25.

    2) Sent at 9:54 A.M. on 10/21/25.

    3) Sent at 8:16 A.M. on 10/24/25.

    4) Sent at 11:13 A.M on 10/27/25.

    5) Sent at 9:20 A.M. on 10/28/25.

    6) Sent at 6:35 A.M. on 10/30/25.

    7) Sent at 8:25 A.M. on 10/30/25.

Additionally, the following emails seem to have been significantly delayed.

    1) Sent at 8:00 A. M. on 10/21/25, received at 9:02 A.M.

    2) Sent at 8:54 A.M. on 10/21/ 25, received at 9:58 A.M.

    3) Sent at 9:58 A.M. on 10/27/25, received at 11:05 A.M.

I did notice that most of the undelivered emails appear to have attachments, while the ones I received did not. Perhaps it is the attachments that are keeping the emails from being delivered.

Please note that I will be submitting a copy of this email to the Court so that the Judge is aware that we take this matter seriously and are looking into it.

Thank you.

Arlene S. Zwilling
Assistant County Attorney
Suffolk County Attorney's Office
H. Lee Dennison Bldg.
Hauppauge, New York 11788
(631)853-4055
Arlene.Zwilling@suffolkcountyny.gov

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT
INTER-OFFICE/INTRA-AGENCY COMMUNICATION
NOT SUBJECT TO FOIL DISCLOSURE
NOT FOR DISTRIBUTION

10/31/25, 8:... Gmail - ... Status ...
Case 2:23-cv-03689-JMA-SIL    Document 42-1    Filed 10/31/25    Page 1 of 8 PageID #:...
Case 2:23-cv-03689-JMA-SIL    Document 43-1    Filed 11/03/25    Page 3 of 10 PageID #: 420



# Gmail

Cory Morris <coryhmorris@gmail.com>

---

## Meet/Confer - Status Request - Case 2:23-cv-03689-JMA-SIL Spronz v. County of Suffolk et al Status Report Order

13 messages

---

**Cory Morris** <coryhmorris@gmail.com>
Tue, Oct 21, 2025 at 8:00 AM
To: "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>, RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>
Bcc: Eric Spronz <eric.spronz@gmail.com>

*[handwritten: Received at 9:02 A.M.]*

Good morning:

I hope this message finds you well and I write in regards to the court notice in this matter.

Please provide your portion of the status letter and let us meet and confer at your earliest convenience to comply with this Order.

Thank you very much. I hope you are well and I look forward to hearing from you soon.

Sincerely,
Cory Morris

---------- Forwarded message ---------
From: <ecf_bounces@nyed.uscourts.gov>
Date: Mon, Oct 20, 2025 at 11:20 AM
Subject: Activity in Case 2:23-cv-03689-JMA-SIL Spronz v. County of Suffolk et al Status Report Order
To: <nobody@nyed.uscourts.gov>

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mailbox is unattended.

***Additional Security Enhancements Coming Soon*** For information visit PACER website

https://pacer.uscourts.gov/announcements/2025/06/27/additional-security-enhancements-coming-soon

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 10/20/2025 at 12:18 PM EDT and filed on 10/20/2025
**Case Name:**   Spronz v. County of Suffolk et al
**Case Number:** 2:23-cv-03689-JMA-SIL
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**STATUS REPORT ORDER: Counsel shall file a joint status report by 10/31/2025. Ordered by Judge Joan M. Azrack on 10/20/2025. (LP)**

**2:23-cv-03689-JMA-SIL Notice has been electronically mailed to:**

Arlene S. Zwilling   arlene.zwilling@suffolkcountyny.gov, Cheryl.Darcangelo@suffolkcountyny.gov, asuzwi@gmail.com, courtalert@suffolkcountyny.gov, susan.flynn@suffolkcountyny.gov

Richard W. Young   seaox26@aol.com, melinda@youngandyoungesq.com

Cory H. Morris   coryhmorris@gmail.com

**2:23-cv-03689-JMA-SIL Notice will not be electronically mailed to:**

--

**Please Note that our Mailing Address has Changed:** *If you have sent anything to the firm in the last week via regular mail and a response is time sensitive, please resend via email.*

Nation's Top 1% | AVVO | LinkedIn | Website | Superlawyer

Phone:   (631) 450-2515 | (954)-745-4592

Fax:     (631) 223-7377 | (954) 745-4597

Email:   Info@CoryHMorris.com | CoryHMorris@Gmail.com

(Mailing address)
863 Islip Avenue
Central Islip NY 11722

(By appointment only)
515 E. Las Olas Boulevard
Suite 1301
Fort Lauderdale, FL 33301

CONFIDENTIALITY NOTE: The information contained in this e-mail transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at (631) 450-2515, or by reply e-mail, and destroy all copies of the original message. Thank you.

---

**Zwilling, Arlene** <Arlene.Zwilling@suffolkcountyny.gov>                                      Tue, Oct 21, 2025 at 8:19 AM
To: Cory Morris <coryhmorris@gmail.com>, RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

As you represent plaintiff, kindly provide your portion first.

*Arlene S. Zwilling*

Assistant County Attorney
Suffolk County Attorney's Office
H. Lee Dennison Bldg.
Hauppauge, New York 11788
(631)853-4055
Arlene.Zwilling@suffolkcountyny.gov

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT
INTER-OFFICE/INTRA-AGENCY COMMUNICATION
NOT SUBJECT TO FOIL DISCLOSURE
NOT FOR DISTRIBUTION

**From:** Cory Morris <coryhmorris@gmail.com>
**Sent:** Tuesday, October 21, 2025 9:00 AM
**To:** Zwilling, Arlene <Arlene.Zwilling@suffolkcountyny.gov>; RICHARD YOUNG <seaox26@aol.com>; Melinda Young <melinda@youngandyoungesq.com>
**Subject:** [External] Meet/Confer - Status Request - Case 2:23-cv-03689-JMA-SIL Spronz v. County of Suffolk et al Status Report Order

*[handwritten: "Did not receive"]*

**STOP | THINK | ACT**
External email detected. Do not click on links or open attachments from unknown sources. Be alert for phishing attempts & report suspicious email IT Security.

[Quoted text hidden]

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

---

Cory Morris <coryhmorris@gmail.com>                                    Tue, Oct 21, 2025 at 8:54 AM
To: "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>
Cc: RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>
Bcc: Eric Spronz <eric.spronz@gmail.com>

*[handwritten: "Received at 8:58 A.M"]*

Good morning:

[redacted with black marker]

Please advise of your position. Thank you. I hope you are well and look forward to hearing from you.

Sincerely,
Cory Morris
[Quoted text hidden]

---

Zwilling, Arlene <Arlene.Zwilling@suffolkcountyny.gov>                 Tue, Oct 21, 2025 at 9:01 AM
To: Cory Morris <coryhmorris@gmail.com>
Cc: RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

As per the normal procedure, please send us a draft letter that includes your portion.

10/31/25, 8:57 AM Suffolk County Attorney Status Report
Case 2:23-cv-03689-JMA-SIL   Document 42.1 — Filed 10/31/25   Page 4 of 8 PageID #: 411
Case 2:23-cv-03689-JMA-SIL   Document 43-1   Filed 11/03/25   Page 6 of 10 PageID #: 423

Arlene S. Zwilling
Assistant County Attorney
Suffolk County Attorney's Office
H. Lee Dennison Bldg.
Hauppauge, New York 11788
(631)853-4055
Arlene.Zwilling@suffolkcountyny.gov

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT
INTER-OFFICE/INTRA-AGENCY COMMUNICATION
NOT SUBJECT TO FOIL DISCLOSURE
NOT FOR DISTRIBUTION

---

**From:** Cory Morris <coryhmorris@gmail.com>
**Sent:** Tuesday, October 21, 2025 9:54 AM
**To:** Zwilling, Arlene <Arlene.Zwilling@suffolkcountyny.gov>
**Cc:** RICHARD YOUNG <seaox26@aol.com>; Melinda Young <melinda@youngandyoungesq.com>
**Subject:** Re: [External] Meet/Confer - Status Request - Case 2:23-cv-03689-JMA-SIL Spronz v. County of Suffolk et al Status Report Order

*[handwritten: Did not receive]*

[Quoted text hidden]

---

**Eric Spronz** <eric.spronz@gmail.com>                                    Tue, Oct 21, 2025 at 9:48 AM
To: Cory Morris <coryhmorris@gmail.com>

Thank you. This is dragging on long enough, ~~[redacted]~~ I am still in the hole from this and have not fully bounced back. I want you guys to get paid also.
[Quoted text hidden]

---

**Cory Morris** <coryhmorris@gmail.com>                                    Fri, Oct 24, 2025 at 8:16 AM
To: "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>
Cc: RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

Good morning:

Please review/comment upon the enclosed. I assumed later dates would be best for you.

Sincerely,
  Cory Morris
[Quoted text hidden]

*[handwritten: Did not receive]*

📄 **20251024 _ USDJ Azrack Joint Letter.docm**
    29K

---

**Cory Morris** <coryhmorris@gmail.com>                                    Mon, Oct 27, 2025 at 9:58 AM
To: "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>
Cc: RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

*[handwritten: Received at 11 AM]*

Case 2:23-cv-03689-JMA-SIL   Document 43-1   Filed 11/03/25   Page 7 of 10 PageID #: 412

10/31/25, 8:... Case 2:23-cv-03689-JMA-SIL Status Request Case 2:23-cv-03689-JMA-SIL Spr... v. County of Suffolk et al - Single Report Order

Good morning - circling back here - thank you

[Quoted text hidden]

---

**Zwilling, Arlene** <Arlene.Zwilling@suffolkcountyny.gov>　　　　　　　　　　　　　Mon, Oct 27, 2025 at 11:07 AM
To: Cory Morris <coryhmorris@gmail.com>
Cc: RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

What is it you are circling back on? We are still waiting for your proposed draft.

*Arlene S. Zwilling*

Assistant County Attorney
Suffolk County Attorney's Office
H. Lee Dennison Bldg.
Hauppauge, New York 11788
(631)853-4055
Arlene.Zwilling@suffolkcountyny.gov


PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT
INTER-OFFICE/INTRA-AGENCY COMMUNICATION
NOT SUBJECT TO FOIL DISCLOSURE
NOT FOR DISTRIBUTION

---

**From:** Cory Morris <coryhmorris@gmail.com>
**Sent:** Monday, October 27, 2025 10:58 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Cory Morris** <coryhmorris@gmail.com>　　　　　　　　　　　　　　　　　　Mon, Oct 27, 2025 at 11:13 AM
To: "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>, RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

I sent the enclosed proposed draft last week....

*[Handwritten annotation: "Did not receive"]*

**Please Note that our Mailing Address has Changed:** *If you have sent anything to the firm in the last week via regular mail and a response is time sensitive, please resend via email.*

Nation's Top 1% | AVVO | LinkedIn | Website | Superlawyer

Phone:　　(631) 450-2515 | (954)-745-4592

Fax:　　　(631) 223-7377 | (954) 745-4597

Email:　　Info@CoryHMorris.com| CoryHMorris@Gmail.com

(Mailing address)

Good morning - circling back here - thank you
[Quoted text hidden]

---

**Zwilling, Arlene** <Arlene.Zwilling@suffolkcountyny.gov>   Mon, Oct 27, 2025 at 11:07 AM
To: Cory Morris <coryhmorris@gmail.com>
Cc: RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

What is it you are circling back on? We are still waiting for your proposed draft.

*Arlene S. Zwilling*
Assistant County Attorney
Suffolk County Attorney's Office
H. Lee Dennison Bldg.
Hauppauge, New York 11788
(631)853-4055
Arlene.Zwilling@suffolkcountyny.gov


PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT
INTER-OFFICE/INTRA-AGENCY COMMUNICATION
NOT SUBJECT TO FOIL DISCLOSURE
NOT FOR DISTRIBUTION

---

From: Cory Morris <coryhmorris@gmail.com>
Sent: Monday, October 27, 2025 10:58 AM
[Quoted text hidden]

[Quoted text hidden]

*[handwritten annotation: "Did not receive"]*

---

**Cory Morris** <coryhmorris@gmail.com>   Mon, Oct 27, 2025 at 11:13 AM
To: "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>, RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

I sent the enclosed proposed draft last week….

**Please Note that our Mailing Address has Changed:** *If you have sent anything to the firm in the last week via regular mail and a response is time sensitive, please resend via email.*

*[handwritten annotation: "Did not receive"]*

Nation's Top 1% | AVVO | LinkedIn | Website | Superlawyer

Phone:    (631) 450-2515 | (954)-745-4592

Fax:      (631) 223-7377 | (954) 745-4597

Email:    Info@CoryHMorris.com | CoryHMorris@Gmail.com


(Mailing address)

863 Islip Avenue
Central Islip NY 11722

(By appointment only)
515 E. Las Olas Boulevard
Suite 1301
Fort Lauderdale, FL 33301

CONFIDENTIALITY NOTE: The information contained in this e-mail transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at (631) 450-2515, or by reply e-mail, and destroy all copies of the original message. Thank you.

[Quoted text hidden]

📄 **20251024 _ USDJ Azrack Joint Letter.docm**
29K

---

**Cory Morris** <coryhmorris@gmail.com>　　　　　　　　　　　　　　　　　　　　Tue, Oct 28, 2025 at 9:20 AM
To: "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>, RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

*[handwritten: Did not receive]*

Good morning:

Please review/comment upon the enclosed. This is the third time I am sending this to you. I assumed later dates would be best for you.

Sincerely,
　Cory Morris
[Quoted text hidden]

📄 **20251024 _ USDJ Azrack Joint Letter.docm**
29K

---

**Cory Morris** <coryhmorris@gmail.com>　　　　　　　　　　　　　　　　　　　　Thu, Oct 30, 2025 at 6:35 AM
To: RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>, "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>

Ms. Zwilling, will you comment/approve the enclosed letter for filing? Thank you

*[handwritten: Did not receive]*

---------- Forwarded message ---------
From: **Cory Morris** <coryhmorris@gmail.com>
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

📄 **20251024 _ USDJ Azrack Joint Letter.docm**
29K

---

**Zwilling, Arlene** <Arlene.Zwilling@suffolkcountyny.gov>　　　　　　　　　　　　Thu, Oct 30, 2025 at 8:24 AM
To: Cory Morris <coryhmorris@gmail.com>
Cc: RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

Our joint status report is due tomorrow. Will we be receiving a draft from you today?

If you do not wish to provide us with your draft, kindly let us know that.

Arlene S. Zwilling
Assistant County Attorney
Suffolk County Attorney's Office
H. Lee Dennison Bldg.
Hauppauge, New York 11788
(631)853-4055
Arlene.Zwilling@suffolkcountyny.gov

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION/ATTORNEY WORK PRODUCT
INTER-OFFICE/INTRA-AGENCY COMMUNICATION
NOT SUBJECT TO FOIL DISCLOSURE
NOT FOR DISTRIBUTION

---

**From:** Cory Morris <coryhmorris@gmail.com>
**Sent:** Monday, October 27, 2025 10:58 AM
[Quoted text hidden]

[Quoted text hidden]

---

**Cory Morris** <coryhmorris@gmail.com>     Thu, Oct 30, 2025 at 8:25 AM
To: "Zwilling, Arlene" <Arlene.Zwilling@suffolkcountyny.gov>, RICHARD YOUNG <seaox26@aol.com>, Melinda Young <melinda@youngandyoungesq.com>

Ms Zwilling - enclosed - I sent this to you several times now. Please acknowledge receipt.  *[handwritten: Did not receive]*

**Please Note that our Mailing Address has Changed:** *If you have sent anything to the firm in the last week via regular mail and a response is time sensitive, please resend via email.*

Nation's Top 1% | AVVO | LinkedIn | Website | Superlawyer

Phone:   (631) 450-2515 | (954)-745-4592

Fax:     (631) 223-7377 | (954) 745-4597

Email:   Info@CoryHMorris.com | CoryHMorris@Gmail.com

(Mailing address)
863 Islip Avenue
Central Islip NY 11722

(By appointment only)
515 E. Las Olas Boulevard
Suite 1301
Fort Lauderdale, FL 33301

CONFIDENTIALITY NOTE: The information contained in this e-mail transmission is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at (631) 450-2515, or by reply e-mail, and destroy all copies of the original message. Thank you.